UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STACY McCOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:07-cv-00529-LJM-TAB |
| | ) |
| MICHELLE JONES SINGER, M.D. LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF CHANGE OF ADDRESS

Counsel for Plaintiff, Stacy McCoy, hereby notifies the Court of a change of address for Philip J Gibbons, Jr.  Effective as of October 1, 2007, my practice was transitioned to:

> Gibbons Jones, P.C.
> 10401 N. Meridian Street, Suite 300
> Indianapolis, IN 46290-1090
> Phone: (317) 706-1100
> Fax:    (317) 616-3336
> Email: pgibbons@gibbonsjones.com

Respectfully Submitted,

By:   /s/ Philip J. Gibbons, Jr.
         Philip J. Gibbons, Jr., # 19353-49

         Attorney for Stacy McCoy

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 16th day of October, 2007 by way of the Court's Electronic Case Filing system upon the following counsel of record:

Peter H. Pogue
SCHULTZ & POGUE LLP
ppogue@schultzpoguelaw.com

/s/ Philip J. Gibbons, Jr.