UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STACY MCCOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    1:07-cv-0529-LJM-TAB |
| | ) |
| MICHELLE JONES SINGER, M.D., LLC, | ) |
| | ) |
| Defendant. | ) |

### ORDER

The Court has been advised by counsel that a settlement has been reached in this action. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. Parties shall file a stipulation of dismissal within 30 days.

Dated: 10/31/2007

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Philip J. Gibbons Jr.
GIBBONS JONES, P.C.
pgibbons@gibbonsjones.com

Peter H. Pogue
SCHULTZ & POGUE LLP
ppogue@schultzpoguelaw.com